FILED BY AD D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 JUN 30 PM 6:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RONNIE NELSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| GEORGE LITTLE, et al., | CASE NO: 05-2274 M1/V |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Assessing $250 Filing Fee, Order of Dismissal, Order Denying Appointment of Counsel as Moot, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered June 30, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 30, 2004
DATE

THOMAS M. GOULD
Clerk of Court

Earline Drayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02274 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

Ronnie Nelson
SHELBY COUNTY DETENTION CENTER
105182
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT